UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KARL F. LUNDEBERG, Executor of the Estate of Philip Karl Lundeberg, Deceased**<br>11050 Strathmore Avenue, #311<br>Los Angeles, California 90024<br><br>and<br><br>**ELEANORE B. LUNDEBERG**<br>1107 Croton Drive<br>Alexandria, Virginia 22308<br><br>      **Plaintiffs**<br><br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>**Serve:**<br><br>    **Michael R. Sherwin**<br>    **Acting United States Attorney**<br>    **for the District of Columbia**<br>    555 4th Street, NW<br>    Washington, DC 20001,<br><br>    and<br><br>    **William P. Barr**<br>    **Attorney General of the United States**<br>    **Department of Justice**<br>    950 Pennsylvania Avenue, NW<br>    Washington, DC 20530<br><br>and<br><br>**THE NAVAL HISTORICAL FOUNDATION**<br>1306 Dahlgren Avenue SE<br>Washington Navy Yard<br>Washington, DC 20374 | Case Number: _____ |

**Serve:**

**Edward Masso, Registered Agent**
**1306 Dahlgren Avenue SE**
**Washington Navy Yard**
**Washington, DC 20374**

**Defendants**

## COMPLAINT

### (Negligence)

Plaintiffs Karl F. Lundeberg, Executor of the Estate of Philip Karl Lundeberg, and Eleanore B. Lundeberg, by and through their undersigned attorneys, Richard A. Bussey, Gerard E. Mitchell, and Stein Mitchell Beato & Missner LLP, bring this complaint against the defendants United States of America and The Naval Historical Foundation and allege as follows:

### Allegations That Apply To All Counts

1.  Plaintiff Karl F. Lundeberg, Executor of the Estate of Philip Karl Lundeberg, Deceased sues defendants United States of America and The Naval Historical Foundation for personal injuries and damages caused by the negligence of employees of the United States Government and The Naval Historical Foundation while acting within the scope of their employment.  This action against defendant United States of America arises under the Federal Tort Claims Act, 28 U.S.C. § 2671, et seq, and this Court has jurisdiction under the provisions of 28 U.S.C. § 1346(b).

2.  If the defendant, the United States of America, were a private person, it would be liable to plaintiffs in accordance with the law of the District of Columbia.

3. More than six months before this action was instituted, the claims set forth herein were presented to the Department of the Navy (see Standard Forms 95 attached hereto as Exhibit A).

4. On March 9, 2020 the Department of the Navy denied Plaintiffs' claims (see letter attached hereto as Exhibit B).

5. Plaintiffs timely filed this suit pursuant to 28 U.S.C. § 2401(b) because Plaintiffs filed it within six months after the United States of America denied their administrative claims.

6. This claim arises from Philip Karl Lundeberg's fall at the National Museum of the United States Navy in Washington, D.C. on June 2, 2018.

7. Philip Karl Lundeberg was born on June 14, 1923 and died on October 3, 2019.  At the time of his death Philip Karl Lundeberg was Curator Emeritus of the National Museum of American History.  He was a graduate of Duke University (B.A. 1944, Summa Cum Laude; M.A. 1948, American and Southern History) and Harvard University (Ph.D. 1954, American History).  He held a commission in the U.S. Navy and was awarded a Bronze Star and a Purple Heart, and served in the Office of the Historian of U.S. Naval Operations in World War II.  He also served as an Assistant Professor of History at the U.S. Naval Academy and as Associate Curator of Naval History at the Smithsonian Institution, and later served as the Curator of Naval History, Department of Armed Forces History, National Museum of American History (1961-1983) and as Curator of Maritime History at the same institution (1983-1984)

8.  Karl F. Lundeberg was appointed as executor of the estate of Philip Karl Lundeberg by the Circuit Court of Fairfax County, Virginia on May 27, 2020 (see Certificate/Letter of Qualification attached hereto as Exhibit C).

9.  Karl F. Lundeberg, as executor of the estate of Philip Karl Lundeberg, makes claim for all damages recoverable pursuant to the Survival Act, D.C. Code § 12-101.

10. At all times Philip Karl Lundeberg, deceased, is presumed under the law of the District of Columbia to have exercised due care for his own safety.

## COUNT I
### (Negligence)

11. On June 2, 2018 at approximately 11:00 a.m., Philip Karl Lundeberg was an invitee lawfully on the premises of the National Museum of the United States Navy in Washington, D.C. for the purpose of attending the annual meeting of The Naval Historical Foundation.

12. Prior to the meeting, Mr. Lundeberg was viewing an exhibit that was set up on a raised platform. The display case was of particular interest to Mr. Lundeberg as it housed a model of the gunboat *Philadelphia,* a vessel he had recovered for display at the Smithsonian National Museum of American History and about which he had authored two works of Naval history. While distracted by the display case that had been mounted on a wall near the edge of the platform, Mr. Lundeberg fell off the unguarded and unmarked raised platform and suffered a fractured hip.

13. At all times relevant hereto, the United States Government and The Naval Historical Foundation owned, operated, and managed the museum and were under a duty to exercise reasonable care to maintain the premises, including the subject display

area at the site of the occurrence, in a reasonably safe condition for persons lawfully on the premises, including Philip Karl Lundeberg.

14. Philip Karl Lundeberg's fall was the foreseeable, direct, and proximate result of the negligence of the United States and The Naval Historical Foundation which, acting by and through their agents and employees, breached their duty to maintain the premises in a reasonably safe condition for persons lawfully on the premises. Such negligence included, but was not limited to, locating the aforesaid display case too close to the edge of the raised platform, thereby creating an unsafe and dangerous condition; failing to post signs, utilize color contrast paint or tape, or otherwise warn of the edge of the raised platform; and failing to place a guardrail to prevent persons from falling off the edge of the raised platform.

15. As a result of the negligence of the United States and The Naval Historical Foundation, as aforesaid, the area where Philip Karl Lundeberg fell was unreasonably dangerous and posed a risk of falling for persons viewing the exhibit.

16. As a direct and proximate result of the negligence of the United States and The Naval Historical Foundation, as aforesaid, Philip Karl Lundeberg suffered severe and permanent injuries, including, but not limited to, a left intertrochanteric hip fracture. Because of his injuries, he was caused to undergo extensive treatment including hospitalization and major hip surgery; was caused to incur medical and related expenses; was precluded from engaging in his usual and customary activities; and was caused to undergo physical and mental pain and suffering.

WHEREFORE, plaintiff Karl F. Lundeberg, Executor of the Estate of Philip Karl Lundeberg, demands judgment against the defendants, jointly and severally, in the sum

of $900,000.00 and additional sums in accordance with the evidence adduced at trial, plus costs.

## COUNT II
### (Loss of Consortium)

17. Plaintiff Eleanore B. Lundberg realleges and incorporates herein by reference the allegations containing in paragraphs 1-16 above.

18. Philip Karl Lundeberg and Eleanore B. Lundeberg were husband and wife at the time of the aforesaid occurrence and remained husband and wife until Mr. Lundeberg's death. As a result of the injures sustained by Philip Karl Lundeberg, Eleanore B. Lundeberg suffered loss of marital society, services, and consortium.

WHEREFORE, plaintiff Eleanore B. Lundberg demands judgment against the defendants, jointly and severally, in the sum of $90,000.00, plus costs.

　　　　　　　　　　　　　　　　　/s/ Richard A. Bussey
　　　　　　　　　　　　　　　　　Richard A. Bussey--#249672
　　　　　　　　　　　　　　　　　rbussey@steinmitchell.com
　　　　　　　　　　　　　　　　　Gerard E. Mitchell - #157479
　　　　　　　　　　　　　　　　　gemitchell@steinmitchell.com
　　　　　　　　　　　　　　　　　Stein Mitchell Beato & Missner, LLP
　　　　　　　　　　　　　　　　　901 15th Street, NW
　　　　　　　　　　　　　　　　　Suite 700
　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　202-737-7777
　　　　　　　　　　　　　　　　　202-296-8312 (fax)

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of the form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: OFFICE OF THE JUDGE ADVOCATE GENERAL TORT CLAIMS UNIT NORFOLK 9620 MARYLAND AVENUE, SUITE 205 NORFOLK, VA 23511-2949 | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code) Philip Karl Lundeberg 1107 Croton Drive Alexandria, VA 22308 |
|---|---|

| 3. TYPE OF EMPLOYMENT ☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH 6/14/23 | 5. MARITAL STATUS Married | 6. DATE AND DAY OF ACCIDENT Saturday, June 2, 2018 | 7. TIME (A.M. or P.M.) 11:00 AM |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)

See attachment.

**PROPERTY DAMAGE**

9. NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)

Not applicable.

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)

**PERSONAL INJURY/WRONGFUL DEATH**

10. STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

See attachment.

**WITNESSES**

| 11. NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
| Karl Lundeberg | 1107 Croton Drive, Alexandria, VA 22308 |
| Annika Lundeberg | 11050 Strathmore Avenue, No. 311, Los Angeles, CA 90024 |

12. (See instructions on reverse) **AMOUNT OF CLAIM (in dollars)**

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| Not applicable. | $900,000.00 | | $900,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) *Philip Karl Lundeberg* | 13b. Phone number of signatory (703) 360-5259 | 14. DATE OF CLAIM 01/23/2019 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of $2,000 plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

95-109
Previous editions not usable.
NSN 7540-00-634-4046

STANDARD FORM 95 (Rev. 7-85) (EG)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

Exhibit A

### PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 38 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim

### INSTRUCTIONS
Complete all items - insert the word NONE where applicable

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

Any instructions or information necessary in the preparation of your claim will be furnished, upon request, by the office indicated in Item #1 on the reverse side. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplemental regulations also. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with said claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file claim for both personal injury and property damage, claim for both must be shown in Item 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:
(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to completely execute this form or to supply the requested material within two years from the date the allegations accrued may render your claim "invalid". A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

Failure to specify a sum certain will result in invalid presentation of your claim and may result in forfeiture of your rights.

Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden,

to  Director, Torts Branch
    Civil Division
    U.S. Department of Justice
    Washington, DC 20530

and to the
Office of Management and Budget
Paperwork Reduction Project (1105-0008)
Washington, DC 20503

### INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

**15. Do you carry accident insurance?** ☐ Yes, If yes, give name and address of insurance company *(Number, street, city, State, and Zip Code)* and policy number. ☒ No

**16. Have you filed claim on your insurance carrier in this instance, and if so, is it full coverage or deductible?**

Not applicable.

**17. If deductible, state amount**

**18. If claim has been filed with your carrier, what action has your insurer taken or proposes to take with reference to your claim?** *(It is necessary that you ascertain these facts)*

Not applicable.

**19. Do you carry public liability and property damage insurance?** ☐ Yes, If yes, give name and address of insurance company *(Number, street, city, State, and Zip Code)* ☐ No

Not applicable.

SF 95 (Rev. 7-85) BACK

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of the form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|
| 1. Submit To Appropriate Federal Agency: OFFICE OF THE JUDGE ADVOCATE GENERAL TORT CLAIMS UNIT NORFOLK 9620 MARYLAND AVENUE, SUITE 205 NORFOLK, VA 23511-2949 | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code) Eleanore B. Lundeberg 1107 Croton Drive Alexandria, VA 22308 | |

| 3. TYPE OF EMPLOYMENT ☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH 2/13/1926 | 5. MARITAL STATUS Married | 6. DATE AND DAY OF ACCIDENT Saturday, June 2, 2018 | 7. TIME (A.M. or P.M.) 11:00 AM |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)

See attachment.

**PROPERTY DAMAGE**

9. NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)

Not applicable.

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)

**PERSONAL INJURY/WRONGFUL DEATH**

10. STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

See attachment.

**WITNESSES**

| 11. NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
| Karl Lundeberg | 1107 Croton Drive, Alexandria, VA 22308 |
| Annika Lundeberg | 11050 Strathmore Avenue, No. 311, Los Angeles, CA 90024 |

| 12. (See instructions on reverse) | | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
| Not applicable. | $90,000.00 | | $90,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) *Eleanore B. Lundeberg* | 13b. Phone number of signatory (703) 360-5259 | 14. DATE OF CLAIM 01/23/2019 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of $2,000 plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

95-109
Previous editions not usable.

NSN 7540-00-634-4046

STANDARD FORM 95 (Rev. 7-85) (EG)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

### PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 38 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim

### INSTRUCTIONS
**Complete all items - insert the word NONE where applicable**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

Any instructions or information necessary in the preparation of your claim will be furnished, upon request, by the office indicated in Item #1 on the reverse side. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplemental regulations also. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with said claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file claim for both personal injury and property damage, claim for both must be shown in Item 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:
*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to completely execute this form or to supply the requested material within two years from the date the allegations accrued may render your claim "invalid". A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

**Failure to specify a sum certain will result in invalid presentation of your claim and may result in forfeiture of your rights.**

Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden,

to Director, Torts Branch
Civil Division
U.S. Department of Justice
Washington, DC 20530

and to the
Office of Management and Budget
Paperwork Reduction Project (1105-0008)
Washington, DC 20503

### INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

**15. Do you carry accident insurance?** [ ] Yes, If yes, give name and address of insurance company *(Number, street, city, State, and Zip Code)* and policy number. [X] No

**16. Have you filed claim on your insurance carrier in this instance, and if so, is it full coverage or deductible?**

Not applicable.

**17. If deductible, state amount**

**18. If claim has been filed with your carrier, what action has your insurer taken or proposes to take with reference to your claim?** *(It is necessary that you ascertain these facts)*

Not applicable.

**19. Do you carry public liability and property damage insurance?** [ ] Yes, If yes, give name and address of insurance company *(Number, street, city, State, and Zip Code)* [ ] No

Not applicable.

SF 95 (Rev. 7-85) BACK

DEPARTMENT OF THE NAVY
OFFICE OF THE JUDGE ADVOCATE GENERAL
TORT CLAIMS UNIT NORFOLK
9620 MARYLAND AVENUE SUITE 205
NORFOLK VA 23511-2949

5890
Ser J190435 &
J190436
March 9, 2020

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

MR RICHARD BUSSEY ESQ
STEIN MITCHELL BEATO & MISNER LLP
901 15TH STREET, NW SUITE 700
WASHINGTON DC 20005

Dear Attorney Bussey:

SUBJECT: CLAIMS OF PHILLIP AND ELEANORE LUNDEBERG; OUR FILE NOS. J190435 & J190436

This responds to your clients' administrative claims in the amount of $900,000.00 and $90,000.00 for damages allegedly resulting from Mr. Lundeberg's fall from a raised platform occurring on June 2, 2018, at the National Museum of the United States Navy in Washington, DC. Your clients' claims were analyzed under the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b), 2401(b), and 2671-2680. Our investigation has determined the United States is not liable under the FTCA for the damages claimed.

The United States is liable under the FTCA when the negligence or wrongful act of a Federal employee proximately causes injury. The damages alleged did not result from any negligent act or omission on the part of an employee of the United States. Moreover, since this incident occurred in the District of Columbia, even if a Federal employee negligently caused injury to your insured, your insured's contributory negligence bars recovery under District of Columbia law. Accordingly, your claim is denied.

If you do not agree with this decision, be advised you have six months from the date of mailing of this letter to file suit in the appropriate Federal district court. Prior to commencement of suit and prior to the expiration of the 6-month period for filing suit, you may present a request for reconsideration to the denial authority within this office. A request for reconsideration should set forth your reasons for the request and include any supplemental supporting evidence, information, or argument that you wish to have considered.

A proper request for reconsideration will be acknowledged in writing by this office and will start a new 6-month period for the Department of the Navy to act on the requested administrative action. You will be notified of the action by this office. You may not file suit

Exhibit B

<div style="text-align:right">
5890<br>
Ser J190435 &<br>
J190436<br>
March 9, 2020
</div>

until the expiration of the new 6-month period, or until after the date of mailing of the final denial of the request. If you have any questions, please contact me by phone at 757-341-4560 or email at jason.m.fritz@navy.mil.

Sincerely,

JASON M. FRITZ
Tort Claims Attorney

2

**CERTIFICATE/LETTER OF QUALIFICATION - FOR PROSECUTION OR DEFENSE OF CIVIL ACTION**
COMMONWEALTH OF VIRGINIA
VA. CODE §§ 64.2-454

Court File No. CW20001101

CITY OF ALEXANDRIA ................ Circuit Court

I, the duly qualified clerk/deputy clerk of this Court, **CERTIFY** that on 05/18/2020
DATE

KARL F. LUNDEBERG
NAME(S) OF PERSON(S) QUALIFYING

duly qualified in this Court, under the provisions of Virginia Code § 64.2-454, as administrator of the estate of

PHILIP KARL LUNDEBERG, deceased, solely for the purpose of prosecution or defense of a civil action for personal injury and/or death by wrongful act.

The powers of the fiduciary(ies) named above continue in full force and effect.

$ 1,000.00 bond has been posted.

Given under my hand and the seal of this Court on

05/18/2020
DATE

GREG PARKS , Clerk

by _____ , Deputy Clerk

FORM CC-1627 (MASTER) 07/15

Exhibit C